# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANGELA LITTRELL**                                                        **PLAINTIFF**

v.                   **CASE NO. 4:20-CV-01261-BSM**

**ARKANSAS TOTAL CARE INC.,** *et al*                           **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 43] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of June, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE