IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA LITTRELL**                                                                                        **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-01261-BSM**

**ARKANSAS TOTAL CARE INC.,** *et al*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE